UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA FAYE NIKOLAS,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>   Defendants. | Case No. 22-cv-01621-JSC<br><br>**PRETRIAL ORDER NO. 2: AMENDED CASE SCHEDULE** |

Having reviewed the parties' joint case management statement, the Court AMENDS the Case Schedule in accordance with the parties' request as follows:

| | |
|---|---|
| Expert Witness Disclosures: | April 10, 2023 |
| Rebuttal Expert Witness Disclosures: | May 10, 2023 |
| Fact Discovery Cutoff: | June 5, 2023 |
| Expert Discovery Cutoff: | June 7, 2023 |
| Deadline for Filing Dispositive Motions: | August 3, 2023 |
| Deadline for Hearing Dispositive Motions: | September 7, 2023 |
| Pretrial Conference: | November 16, 2023 |
| Trial: | December 4, 2023 |

The further Case Management Conference is CONTINUED to May 11, 2023 at 1:30 p.m. via Zoom video. An updated Joint Case Management Conference Statement is due May 4, 2023.

**IT IS SO ORDERED.**

Dated: February 13, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge