Erika Angelos Heath, Bar No. 304683
eheath@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, P.C.
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone: 628-246-1352

Siobhán E. McGreal *
smccgreal@consumerlawfirm.com
FRANCIS MAILMAN SOUMILAS, PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: 215-735-8600
*Admitted *pro hac vice*

Attorneys for Plaintiff

LEA FAYE NICKOLAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEA FAYE NICKOLAS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>and<br><br>AFFIRM, INC.<br><br>    Defendants. | Case No. 3:22-cv-1621<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Plaintiff Lea Faye Nickolas ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(2) all matters herein between them have been resolved, and that Plaintiff's claims against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:   September 8, 2023

/s/ Siobhán E. McGreal
SIOBHAN E. MCGREAL
**FRANCIS MAILMAN SOUMILAS, P.C.**
Attorneys for Plaintiff
LEA FAYE NICKOLAS

Dated:   September 8, 2023

/s/ Amy Lopez
AMY LOPEZ
**JONES DAY**
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date:   September 8, 2023

_Jacqueline Scott Corley_
Jacqueline Scott Corley
U.S. DISTRICT JUDGE
United States District Court
Northern District of California